**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 98-1243**

—————————

GEORGE GREGORY JACKSON,

Plaintiff - Appellant,

versus

BEST PRODUCTS COMPANY, INCORPORATED; COMPUTER
PROFESSIONALS, INCORPORATED,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior District Judge. (CA-97-475)

—————————

Submitted: April 29, 1998          Decided: May 15, 1998

—————————

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

George Gregory Jackson, Appellant Pro Se. H. Slayton Dabney, Jr., Andrew Eric Kauders, Jr., MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia; Roger Louis Williams, WILLIAMS & LYNCH, Richmond, Virginia, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to Computer Professionals, Inc., on his claim alleging breach of an employment contract.[*] Our review of the record discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Jackson v. Best Products Co., Inc.</u>, No. CA-97-475 (E.D. Va. Jan. 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Because there has been a suggestion in bankruptcy filed as to Best Products Co., Inc., this appeal does not address any claims with respect to Best Products.